Opinion issued January 27, 2011.



In The

Court of
Appeals

For The

First District
of Texas

————————————

NO. 01-11-00015-CV

———————————

IN RE Robbie Dickson, Relator



 



 

Original Proceeding on Petition for Writ of Mandamus



 



 

MEMORANDUM OPINION[1]

          By petition for writ of mandamus,
relator, Robbie Dickson, challenges (1) the trial court’s denial of his request
for a jury trial on the issue of whether real parties in interest, Keen
Transport, Inc. and Vincent Ray Burd, properly served their counterclaims and
(2) the trial court’s February 23, 2010 summary judgment.  

          We
deny the petition for writ of mandamus.

 

PER CURIAM

Panel
consists of Justices Jennings, Higley, and Brown.

 











[1]
          The underlying case is Robbie Dickson v. Keen Transport, Inc. and
Vincent Ray Burd, No. 56,671-A in County Court at Law No. 3 of Galveston
County, Texas, the Honorable Roy Quintanilla presiding.